175 A.3d 177

AMANDA KERNAHAN, PLAINTIFF-RESPONDENT, v. HOME WARRANTY ADMINISTRATOR OF FLORIDA, INC. AND CHOICE HOME WARRANTY, DEFENDANTS-PETITIONERS.

C–265 September Term 2017
079680

November 29, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001355–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.